McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
David R. McNamara, #133302
Christina C. Tillman, #258627
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300
Email: dave.mcnamara@mccormickbarstow.com
       ctillman@mccormickbarstow.com

Attorneys for THE PERMANENTE MEDICAL GROUP and JENNIFER MILLIKAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HULDAH (MELODY) DONALDSON,<br><br>Plaintiff,<br><br>v.<br><br>THE PERMANENTE MEDICAL GROUP, JENNIFER MILLIKAN, and DOES 1-20,<br><br>Defendant. | Case No. 2:13-CV-02663 WBS CKD<br><br>**STIPULATION FOR DISMISSAL OF INDIVIDUALLY NAMED DEFENDANT, FEDERAL CLAIMS OF AGE AND RACE DISCRIMINATION AND CLAIM UNDER 42 U.S.C. SECTION 1983**<br><br>Action Filed:  December 27, 2013<br>Trial Date:  October 20, 2015 |

Plaintiff HULDAH (MELODY) DONALDSON, through her attorney, Ellen C. Dove and Defendants THE PERMANENTE MEDICAL GROUP, INC. and JENNIFER MILLIKAN, through their attorneys David R. McNamara and Christina C. Tillman of McCormick Barstow, Sheppard, Wayte & Carruth LLP in Fresno, California hereby agree and stipulate as follows:

1. The parties agree and stipulate that the following claims shall be dismissed with prejudice:

   a. Second Cause of Action for violation of the Age Discrimination in Employment Act of 1967, 29 U.S.C. section 621 *et seq.*; this stipulation will not affect Plaintiff's ability to pursue her claims of age discrimination arising under state law;

   b. Third Cause of Action for discrimination based on race alleged under Title VII of the Civil Rights Act of 1964 as well as "other federal and state statutes"; this stipulation will not affect Plaintiff's ability to pursue her claims of race discrimination arising under state law;

   c. Fifth Cause of Action to the extent it is based on the Age Discrimination in Employment Act of 1967, Title VII of the Civil Rights Act of 1964 or 42 U.S.C. Section 1983; this stipulation will not affect Plaintiff's ability to pursue her claims of age discrimination arising under state law;

2. The parties further agree and stipulate that the individually named Defendant, Jennifer Millikan, shall be dismissed as a party from this action, with prejudice.

3. Defendant TPMG stipulates that conduct of Ms. Millikan relating to this action was performed in the course and scope of her employment.

4. The parties further agree and stipulate that each party will bear their own costs and attorneys' fees as to only the claims set forth herein, including the dismissal of Ms. Millikan and any fees and costs incurred by her.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION FOR DISMISSAL OF CLAIMS

Dated: November 14, 2014

By: /s/ Ellen C. Dove
Ellen C. Dove
Attorneys for HULDAH (MELODY) DONALDSON

Dated: November 17, 2014

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Christina C. Tillman
David R. McNamara
Christina C. Tillman
Attorneys for THE PERMANENTE MEDICAL GROUP and JENNIFER MILLIKAN

IT IS SO ORDERED.

Dated: November 17, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

85124-00054 3153239.1