UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HULDAH DONALDSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER PERMANENTE, INC., et al.,<br><br>　　　　　　　Defendants. | No.  2:13-cv-2663 WBS CKD<br><br><br>ORDER |

　　　　Defendant's motion to compel came on regularly for hearing on January 7, 2015.  Ellen Dove appeared for plaintiff.  Christina Tillman appeared telephonically for defendant.  Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

　　　　1.  The motion to compel (ECF No. 16) is granted.  At the hearing, plaintiff's counsel represented that additional documents have been found which are responsive to the document requests.  No later than January 14, 2015, said responsive documents shall be produced.  The remainder of the motion to compel has been mooted in light of plaintiff's document production and service of responses to interrogatories and requests for admission.

/////

/////

/////

1

2. Under the circumstances of this case, the court finds an award of $250 in expenses to defendant is appropriate. Said expenses shall be made payable solely by plaintiff's counsel and shall in no way be charged to plaintiff.

Dated: January 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 donaldson-pmg.oah