1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  David R. McNamara, #133302
   Christina C. Tillman, #258627
3  7647 North Fresno Street
   Fresno, California 93720
4  Telephone:     (559) 433-1300
   Facsimile:     (559) 433-2300
5  Email: dave.mcnamara@mccormickbarstow.com

6
   Attorneys for THE PERMANENTE MEDICAL
7  GROUP, INC.

8
                       UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11
   | HULDAH (MELODY) DONALDSON, | Case No. 2:13-CV-02663 WBS CKD |
   |---|---|
   | Plaintiff, | STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER DISMISSING THE ACTION WITH PREJUDICE |
   | v. | |
   | THE PERMANENTE MEDICAL GROUP, JENNIFER MILLIKAN, and DOES 1-20, | |
   | Defendant. | Action Filed: February 28, 2012<br>Trial Date: October 20, 2015 |

   Plaintiff HULDAH DONALDSON and Defendant THE PERMANENTE MEDICAL GROUP, INC. (erroneously sued as THE PERMANENTE MEDICAL GROUP) hereby stipulate, by and through their counsel of record, under Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), to voluntarily dismiss <u>with prejudice</u> this entire Action, including any and all claims asserted in the operative Complaint.

   Dated: June _10__, 2015                    LAW OFFICE OF ELLEN C. DOVE


                                              By: _____/s/_____
                                                   ELLEN C. DOVE
                                              Attorneys for Plaintiff HULDAH DONALDSON

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

NOTICE OF DISMISSAL

Dated: June _10__, 2015                       McCORMICK, BARSTOW, SHEPPARD,
                                                             WAYTE & CARRUTH LLP



                                              By:           /s/
                                                     David R. McNamara
                                                     Christina C. Tillman
                                              Attorneys for THE PERMANENTE MEDICAL
                                                           GROUP, INC.


### ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

**Dated: June 15, 2015**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

85124-00054 3374376.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
REQUEST FOR DISMISSAL